IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

AFGA CORPORATION                                  PLAINTIFF/COUNTER-DEFENDANT

VERSUS                                            CIVIL ACTION NO. 4:02CV297-P-B

LAWRENCE PRINTING COMPANY                         DEFENDANT/COUNTER-PLAINTIFF

## ORDER

This cause is before the Court on the plaintiff's Motion to Strike Exhibits Or In the Alternative to Continue Trial Setting [33]. The Court, having reviewed the motion, the response, and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the defendant's response to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Strike Exhibits Or In the Alternative to Continue Trial Setting [33] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 1st day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE